2jgmtwoh (5/19)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

***In Re:*** Chapter Kris Jackson
***Debtor***

***Bankruptcy Case No.***
23−41601−can7

**Chapter Kris Jackson**
Plaintiff(s)

***Adversary Case No.***
25−04023−can

v.

**Eric Johnson**
**Aristocrat Motor Co., Inc.**
**ARMCO, Inc.**
**T.E.N. Investments, Inc.**
**Santander Consumer USA Holdings Inc.**
**Santander Consumer USA Inc.**
**TransUnion LLC**
**Kraft Tool Company**
**Ronald G Meyer**
**Spencer Fane LLP**
**Soave Automotive Group Inc.**
**Soave Enterprises LLC**
**Soave Automotive − St. Louis LLC**
**Experian Information Solutions Inc.**
**Angela Lewitzke**
**Edward L Schwartz**
**Marion Battaglia**
**Robert Hellweg**
**Angelique Soave**
**KCMER Investment Inc.**
**Blane Markley**
**Manfred Hetzel**
**Terry Buchholtz**
**Stephanie Anne Turner**
**Anthony L Soave**
**Anna Patricia Botin**
**Kayce Jones**
**Justin R. Leck**
**Chrysler Capital LLC**
**Tim Wennes**
**Christiana Riley**
**Spenserve, Inc.**
**Kevin Killilea**
Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A Norton , United States Bankruptcy Judge, and a decision having been reached without a trial or hearing.

IT IS ORDERED AND ADJUDGED: that Movants' argument to dismiss Jackson's adversary complaint for exceeding the scope of
remand be it on the Court's or Jackson's part and, for lack of jurisdiction or as an appropriate
exercise of jurisdiction upon remand, is DENIED; and

that Jackson's motion to compel arbitration as against Movants is DENIED; and

that the motion to dismiss filed by Movants is hereby GRANTED. All claims asserted in the adversary proceeding against Defendants T.E.N. Investments, Inc., Soave Enterprises LLC, Soave Automotive Group, Inc., Soave Automotive St. Louis LLC, KCMER Investment Inc., Anthony L. Soave, Angela Lewitzke, Edward Schwartz, Kevin Killilea, Marion Battaglia, Robert Hellweg, Angelique Soave, Kayce Jones, Kraft Tool Company, and Ronald G. Meyer, are hereby DISMISSED with prejudice. This is a final judgment of dismissal as to Jackson's claims against these Movants, expressly determining there is no just reason for delay.

By: /s/ Cynthia A Norton
United States Bankruptcy Judge

Date of issuance: 12/16/25

Court to serve