2jgmtwoh (5/19)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

***In Re:*** Chapter Kris Jackson
***Debtor***

***Bankruptcy Case No.***
23−41601−can7

**Chapter Kris Jackson**
Plaintiff(s)

***Adversary Case No.***
25−04023−can

v.

**Eric Johnson**
**Aristocrat Motor Co., Inc.**
**ARMCO, Inc.**
**T.E.N. Investments, Inc.**
**Santander Consumer USA Holdings Inc.**
**Santander Consumer USA Inc.**
**TransUnion LLC**
**Kraft Tool Company**
**Ronald G Meyer**
**Spencer Fane LLP**
**Soave Automotive Group Inc.**
**Soave Enterprises LLC**
**Soave Automotive − St. Louis LLC**
**Experian Information Solutions Inc.**
**Angela Lewitzke**
**Edward L Schwartz**
**Marion Battaglia**
**Robert Hellweg**
**Angelique Soave**
**KCMER Investment Inc.**
**Blane Markley**
**Manfred Hetzel**
**Terry Buchholtz**
**Stephanie Anne Turner**
**Anthony L Soave**
**Anna Patricia Botin**
**Kayce Jones**
**Justin R. Leck**
**Chrysler Capital LLC**
**Tim Wennes**
**Christiana Riley**
**Spenserve, Inc.**
**Kevin Killilea**
Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A Norton , United States Bankruptcy Judge, and a decision having been reached without a trial or hearing.

IT IS ORDERED AND ADJUDGED: that the motion by Defendants Santander Consumer USA Holdings Inc. and Santander Consumer USA Inc.to dismiss under Rule 12(b)(6) for failure to state a plausible claim is GRANTED; and

Chapter Jacksons motion to compel arbitration is DENIED; and

The complaint is hereby dismissed with Prejudice as to Defendants Santander Consumer USA Holdings Inc. and Santander Consumer USA Inc. This is a final judgment of dismissal as to Chapter Jacksons claims against these Movants, expressly determining there is no just reason for delay.

United States Bankruptcy Court for the Western District of Missouri

By: /s/ Cynthia A Norton
United States Bankruptcy Judge

Date of issuance: 12/19/25

Court to serve