7jgmtwoh (5/19)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

***In Re:*** Chapter Kris Jackson
***Debtor***

**Chapter Kris Jackson**
Plaintiff(s)

v.

**Eric Johnson**
**Aristocrat Motor Co., Inc.**
**ARMCO, Inc.**
**T.E.N. Investments, Inc.**
**Santander Consumer USA Holdings Inc.**
**Santander Consumer USA Inc.**
**TransUnion LLC**
**Kraft Tool Company**
**Ronald G Meyer**
**Spencer Fane LLP**
**Soave Automotive Group Inc.**
**Soave Enterprises LLC**
**Soave Automotive − St. Louis LLC**
**Experian Information Solutions Inc.**
**Angela Lewitzke**
**Edward L Schwartz**
**Marion Battaglia**
**Robert Hellweg**
**Angelique Soave**
**KCMER Investment Inc.**
**Blane Markley**
**Manfred Hetzel**
**Terry Buchholtz**
**Stephanie Anne Turner**
**Anthony L Soave**
**Anna Patricia Botin**
**Kayce Jones**
**Justin R. Leck**
**Chrysler Capital LLC**
**Tim Wennes**
**Christiana Riley**
**Spenserve, Inc.**
**Kevin Killilea**
Defendant(s)

***Bankruptcy Case No.***
23−41601−can7

***Adversary Case No.***
25−04023−can

## CLERK'S JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Pending before the Court is the Plaintiffs Adversary Complaint, filed on September 2,
2025.

The Court incorporates its Previous Orders (as so defined in those orders) granting the Motions to Dismiss with prejudice of various Defendants for Plaintiffs failure to state a claim. In the meantime, the Court issued Orders to Show Cause to Plaintiff why the complaint should not be dismissed for failure to timely serve the remaining Defendants. Plaintiff having failed to both timely serve the remaining Defendants and to have shown cause for her failure to do so, and the time for serving such remaining Defendants having expired, the Court does hereby ORDER:

That Plaintiffs complaint as to all Defendants and with respect to all counts is hereby DISMISSED with prejudice; provided, that nothing in this Order is intended to effectuate a dismissal of Plaintiffs claims against Defendants Victor Weber, Merrick, Baker & Strauss, Rachel Gossett and Jordan Beswick as Co−Trustees, pending in the underlying bankruptcy case.

PAIGE WYMORE−WYNN
Court Executive

By: /s/ Kristina D. Richardson
Deputy Clerk

Date of issuance: 1/5/26

Court to serve