# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE EIGHTH CIRCUIT

---

No. 25-6019

---

In re: Chapter Kris Jackson

Debtor

------------------------------

Chapter Kris Jackson

Plaintiff - Appellant

v.

Eric Johnson; Victor Felix Weber; Rachel Gosset; Jordan Beswick; Merrick, Baker & Strauss, P.C.; Aristocrat Motor Co., Inc.; Armco, Inc.; T.E.N. Investments, Inc.; Santander Consumer USA Holdings, Inc.; Santander Consumer USA, Inc.; TransUnion, LLC; Kraft Tool Company; Ronald G. Meyer; Spencer Fane, LLP; Soave Automotive Group, Inc.; Soave Enterprises, LLC; Soave Automotive St. Louis, LLC; Experian Information Solutions, Inc.; Angela Lewitzke; Edward L. Schwartz; Marion Battaglia; Robert Hellweg; Angelique Soave; Equifax, Inc.; KCMER Investment, Inc.; Case Linden, PC; Case Linden Kurtz Buck, PC; Blane Markley; Patric Shane Linden; Trevor M. Bond; Jamie L. Welch; Kevin Dudley Case; Horst Schwab

Defendants - Appellees

Edward A. Setzler

Defendant

Manfred Hetzel; Terry Buchholtz; Stephanie Anne Turner; Anthony L. Soave; Anna Patricia Botin; Brenda Schwab, as Trustee of the Estate of Horst Schwab; Kayce Jones; Justin R. Leck; Chrysler Capital, LLC; Tim Wennes; Christiana Riley; Spenserve, Inc.; Kevin Killilea

Defendants - Appellees

---

No. 26-6001

---

In re: Chapter Kris Jackson

Debtor

------------------------------

Chapter Kris Jackson

Plaintiff - Appellant

v.

Eric Johnson

Defendant - Appellee

Edward A. Setzler

Defendant

Victor Felix Weber; Rachel Gosset; Jordan Beswick; Merrick, Baker & Strauss, P.C.; Aristocrat Motor Co., Inc.; Armco, Inc.; T.E.N. Investments, Inc.; Santander Consumer USA Holdings, Inc.; Santander Consumer USA, Inc.; TransUnion, LLC; Kraft Tool Company; Ronald G. Meyer; Spencer Fane, LLP; Soave Automotive Group, Inc.; Soave Enterprises, LLC; Soave Automotive St. Louis, LLC; Experian Information Solutions, Inc.; Angela Lewitzke; Edward L. Schwartz; Marion Battaglia; Robert Hellweg; Angelique Soave; Equifax, Inc.; KCMER Investment, Inc.; Case Linden, PC; Case Linden Kurtz Buck, PC; Blane Markley; Patric Shane Linden; Trevor M. Bond; Jamie L. Welch; Kevin Dudley Case; Horst Schwab; Manfred Hetzel; Terry Buchholtz; Stephanie Anne Turner; Anthony L. Soave; Anna Patricia Botin; Brenda Schwab, as Trustee of the Estate of Horst Schwab; Kayce Jones; Justin R. Leck; Chrysler Capital, LLC; Tim Wennes; Christiana Riley; Spenserve, Inc.; Kevin Killilea

Defendants - Appellees

---

No. 26-6002

---

In re: Chapter Kris Jackson

Debtor

------------------------------

Chapter Kris Jackson

Plaintiff - Appellant

v.

Eric Johnson; Victor Felix Weber; Rachel Gosset; Jordan Beswick; Merrick, Baker & Strauss, P.C.; Aristocrat Motor Co., Inc.; Armco, Inc.; T.E.N. Investments, Inc.

Defendants

Santander Consumer USA Holdings, Inc.; Santander Consumer USA, Inc.

Defendants - Appellees

TransUnion, LLC; Kraft Tool Company; Ronald G. Meyer; Spencer Fane, LLP; Soave Automotive Group, Inc.; Soave Enterprises, LLC; Soave Automotive St. Louis, LLC; Experian Information Solutions, Inc.; Angela Lewitzke; Edward L. Schwartz; Marion Battaglia; Robert Hellweg; Angelique Soave; Equifax, Inc.; KCMER Investment, Inc.; Case Linden, PC; Case Linden Kurtz Buck, PC; Blane Markley; Patric Shane Linden; Trevor M. Bond; Jamie L. Welch; Kevin Dudley Case; Horst Schwab; Edward A. Setzler; Manfred Hetzel; Terry Buchholtz; Stephanie Anne Turner; Anthony L. Soave; Anna Patricia Botin; Brenda Schwab, as Trustee of the Estate of Horst Schwab; Kayce Jones; Justin R. Leck; Chrysler Capital, LLC; Tim Wennes; Christiana Riley; Spenserve, Inc.; Kevin Killilea

Defendants

---

U.S. Bankruptcy Court for the Western District of Missouri - Kansas City
(25-04023-can)

---

**JUDGMENT**

Before HASTINGS, Chief Judge, CONSTANTINE, and JONES, Circuit Judges.

On December 17, 2025, Appellant Chapter Kris Jackson filed an appeal of orders entered by the bankruptcy court in Adversary Proceeding Number 25-4023. The Court issued a briefing schedule the same day, advising Jackson that her opening brief was due on January 16, 2026. Several weeks later, the Court consolidated appeals and entered a new briefing schedule, allowing Jackson until February 9, 2026, to file her opening brief. Jackson filed a motion for extension of time on February 4, 2026, which the Court granted over the objection of Appellees Victor F. Weber and Merrick, Baker & Strauss, P.C. The Court granted Jackson until March 9, 2026, to file her opening brief.

On March 6, 2026, Jackson filed her second motion for an extension of time to file her opening brief. The Court granted the motion, allowing Jackson until April 9, 2026, to file her opening brief.

Two days before the deadline for Jackson to file her opening brief, the Court received and filed Jackson's third request for extension of time. Appellees Victor F. Weber and the law firm of Merrick, Baker & Strauss, P.C. filed a compelling response in opposition to Jackson's motion. Appellees reported that between March 9, 2026, and April 9, 2026, Jackson filed nine pleadings with the bankruptcy court in related proceedings, each of them numbering between 18 and 46 pages. On April 13, 2026, the Court granted Jackson's motion in part and allowed her until April 30, 2026, to file her opening brief. The Court warned Jackson that the Court would grant no further extensions.

One day before her opening brief was due, Jackson filed a Motion for Extension of Time to File Opening Brief. The Court denied Jackson's motion on April 30, 2026.

On May 1, 2026, the Court entered an Order requiring Jackson to show cause why her appeals should not be dismissed. Jackson filed both a response to the order to show case and her opening brief on May 13, 2026. Additionally, Jackson filed a Motion for Leave to File Opening Brief Out of Time.

As previously noted, requests for extensions of time are not favored and may only be granted for good cause. Jackson prioritized the pleadings and proceedings in the bankruptcy court rather than her obligations related to this appeal. The Court denied Jackson's last request for an extension of time, and circumstances have not changed.

Jackson's Motion for Leave to File Opening Brief Out of Time is denied. Jackson failed to meet her burden of showing cause why her appeals should not be dismissed. Appeal Nos. 25-6019, 26-6001 and 26-6002 are dismissed.

May 22, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Bankruptcy Appellate Panel, Eighth Circuit.

/s/ Susan E. Bindler